# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

            v.

MICHAEL CHITTESTER,

            Petitioner

: No. 188 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 256 WDA
: 2020 entered on May 20, 2021,
: **affirming** the Judgment of Sentence
: of the Elk/Cameron County Court of
: Common Pleas at No. CP-24-CR-
: 0000053-2019 entered on
: December 12, 2019

COMMONWEALTH OF PENNSYLVANIA,

            Respondent

            v.

MICHAEL CHITTESTER,

            Petitioner

: No. 189 WAL 2021
:
:
: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 257 WDA
: 2020 entered on May 20, 2021,
: **affirming** the Judgment of Sentence
: of the Elk/Cameron County Court of
: Common Pleas at No. CP-24-CR-
: 0000449-2018 entered on
: December 12, 2019

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **GRANTED.** We **VACATE** the decision of the Superior Court and **REMAND** for the Superior Court to apply *Commonwealth v. Thorne*, 276 A.3d 1192 (Pa. 2022).